UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BILLIOR DESIR

PLAINTIFF(S)

v.

NATIONAL CREDIT ADJUSTERS, LLC,

DEFENDANT(S).

CASE NUMBER
1:15−cv−22401−DPG

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**National Credit Adjusters, LLC**

as of course, on the date August 11, 2015.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Juan Ulacia*
Deputy Clerk

cc: Judge Darrin P. Gayles
    Billior Desir

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)