UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22401-DPG

BILLIOR DESIR,

       Plaintiff,

vs.

NATIONAL CREDIT ADJUSTERS, LLC,

       Defendant.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO MOVE FOR FINAL DEFAULT JUDGMENT OR OTHERWISE DISMISS THIS ACTION**

Plaintiff, BILLIOR DESIR, ["Plaintiff"] hereby moves for an additional 14 days to move for final default judgment or otherwise dismiss this action, and in support thereof, states:

1. On August 11, 2015, Plaintiff's filed a Motion for Clerks Entry of Default as to Defendant, National Credit Adjusters, LLC ("NCA"). [ECF No. 6].

2. On August 11, 2015, the Deputy Clerk entered a default against NCA. [ECF No. 7].

3. Since that time, the parties have reached a tentative resolution of this action and are presently drafting, finalizing, and executing the settlement documents.

4. On September 11, 2015, the Court entered an Order directing Plaintiff to move for final default judgment on or before September 18, 2015. [ECF No. 8].

5. As a result of the pending resolution, Plaintiff seeks additional time so that the parties may finalize the agreement and subsequently dismiss this action.

6. Pursuant to Local Rule 7.1(a)(2), a proposed Order is attached for the Court's convenience as Exhibit "A," and a copy will be transmitted in Microsoft Word format via electronic mail to Gayles@flsd.uscourts.gov, pursuant to Rule 3(I)(6) of the CM/ECF Administrative

Procedures of the Southern District of Florida.

WHEREFORE, Plaintiff, BILLIOR DESIR respectfully requests a 14-day extension of time to move for final default judgment or otherwise dismiss this action.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel represents that although Defendant has not entered an appearance in this action, he has reached out to Defendant's counsel via email and telephone, but the undersigned has not received a response.

Respectfully submitted,

/s/Aaron Silvers
Aaron Silvers, Esq.
FBN: 104811
Yechezkel Rodal Esq.
FBN: 091210
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone:   (954) 523-4357
Facsimile:    (954) 581-2786
E-Mail: asilvers@floridaloanlawyers.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on September 11, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Mark A. Fletchall, Esq.
General Counsel
National Credit Adjusters, LLC
327 W. 4th – P.O. Box 3023
Hutchinson, Kansas 67504
mfletchall@ncaks.com
Counsel for Defendant NCA
Service by E-Mail

        LOAN LAWYERS, LLC
        *Attorneys for Plaintiff*
        2150 S. Andrews Ave., 2nd Floor
        Fort Lauderdale, FL 33316
        Telephone:   (954) 523-4357
        Facsimile:    (954) 581-2786

        /s/Aaron Silvers
        Aaron Silvers, Esq.
        FBN: 104811
        E-Mail: asilvers@floridaloanlawyers.com